STEVEN G. KALAR
Federal Public Defender
Northern District of California
DAVID RIZK
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700
Facsimile: (415) 436-7706
Email: david_rizk@fd.org

Counsel for Defendant PONCE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY PONCE,<br><br>Defendant. | **Case No.:** CR 19–44 CRB<br><br>**STIPULATION AND [~~PROPOSED~~]<br>ORDER TO CONTINUE STATUS<br>CONFERENCE RE: CAP<br>ASSESSMENT** |

The above titled matter is currently scheduled for a status conference regarding the defendant's CAP assessment on August 21, 2019 at 1:30 p.m. At the request of Pretrial Services, the parties are agreeing to continue this status conference four weeks, and request that it be placed calendar for September 18, 2019 at 1:30 p.m., or at such other time as is convenient for the Court.

\\

\\

\\

IT IS SO STIPULATED.

| | |
|---|---|
| August 2, 2019<br>Dated | DAVID L. ANDERSON<br>United States Attorney<br>Northern District of California |
| | _____/S_____<br>SAILAJA PAIDIPATY<br>Assistant United States Attorney |
| August 2, 2019<br>Dated | STEVEN G. KALAR<br>Federal Public Defender<br>Northern District of California |
| | _____/S_____<br>DAVID RIZK<br>Assistant Federal Public Defender |

IT IS SO ORDERED.

| | |
|---|---|
| 08/02/2019<br>Dated | _____<br>CHARLES R. BREYER<br>Senior United States District Judge |